UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>JAMES KRITZ,<br><br>　　　　　　　　　　　Defendant. | Case No.: 23-cr-0997-JO<br><br>**ORDER CONTINUING MOTION HEARING/TRIAL SETTING** |
|---|---|

　　　　On October 10, 2023, the parties filed a Joint Motion to Continue the Motion Hearing/Trial Setting currently set for October 13, 2023 to December 15, 2023.  For good cause appearing, the Court GRANTS the joint motion to continue [Dkt. 21] and sets the Motion Hearing/Trial Setting on December 15, 2023 at 1:30 p.m.

　　　　For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial.  Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A).

//
//
//
//
//
//

23-cr-0997-JO

1  Further, on July 17, 2023, the Defendant filed a pretrial motion that remains pending.
2  Accordingly, the Court finds that time from July 17, 2023 to December 15, 2023 shall be
3  excluded under the Speedy Trial Act on grounds that a pretrial motion is pending.  18
4  U.S.C. § 3161(h)(1)(D).

5      IT IS SO ORDERED.

6  Dated: 10/12/2023

                                                       Hon. Jinsook Ohta
                                                       UNITED STATES DISTRICT JUDGE